**Order entered October 8, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00981-CV

### IN RE JESSE CELEDON GAMBOA, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F86-78614-HV**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's August 19, 2019 petition for writ of mandamus.

/s/    LANA MYERS
           JUSTICE